IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JANICE L. PHILLIPS                                                                    PLAINTIFF

vs.                                        Civil No. 3:10-CV-03056

MICHAEL J. ASTRUE                                                          DEFENDANT
Commissioner, Social Security Administration

## ORDER

Before the Court is the Report and Recommendation (Doc. 19) filed on August 22, 2012 by

the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas.

Judge Setser recommends that Plaintiff's Motion for Attorney Fees Under the Equal Access to

Justice Act ("EAJA"), 28 U.S.C. § 2412, be granted.  Defendant has not filed objections to the

Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

The Court finds that the Report and Recommendation is proper and should be and hereby is

**ADOPTED IN ITS ENTIRETY**.  Accordingly, the Court ORDERS that Plaintiff's Motion for

Attorney Fees (Doc. 16) be **GRANTED** and finds that Plaintiff is entitled to an award under the

EAJA in the amount of $913.35.  This award represents 4.3 hours of attorney time for work

performed in 2010 and 2011 at an hourly rate of $155.00; 3 hours of paralegal time for work

performed in 2010 and 2011 at an hourly rate of $75.00; plus $21.85 in postage expenses.  This

amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be

awarded in the future.

The parties are reminded that the award herein under the EAJA will be taken into account

at such time as a reasonable fee is determined pursuant to 42 U.S.C. § 406 in order to prevent double

recovery by counsel for Plaintiff.

IT IS SO ORDERED this 14th day of November, 2012.

*/s/ P. K. Holmes,* III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE